

**FILED**
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS

SEP 29 2018

JAMES W. McCORMACK, CLERK
By: _____ DEP CLERK

# UNITED STATES DISTRICT COURT
Eastern District of Arkansas

| UNITED STATES OF AMERICA | Judgment in a Criminal Case |
|---|---|
| v. | (For **Revocation** of Probation or Supervised Release) |

MICHAEL DANNY BRITTEN

Case No. 4:06CR00240-01 BRW

USM No. 24245-009

LATRECE GRAY
Defendant's Attorney

**THE DEFENDANT:**

☑ admitted guilt to violation of condition(s) Mandatory, Standard and Special of the term of supervision.

☐ was found in violation of condition(s) count(s) _____ after denial of guilt.

The defendant is adjudicated guilty of these violations:

| Violation Number | Nature of Violation | Violation Ended |
|---|---|---|
| Standard (2) | Failure to report to the probation officer and submit a truthful and complete written report within the first five days of each month. | 09/14/2018 |
| Standard (7) | Failure to refrain from excess use of alcohol and not purchase | |

The defendant is sentenced as provided in pages 2 through ___4___ of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

☐ The defendant has not violated condition(s) _____ and is discharged as to such violation(s) condition.

It is ordered that the defendant must notify the United States attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant must notify the court and United States attorney of material changes in economic circumstances.

Last Four Digits of Defendant's Soc. Sec. No.: 9171

Defendant's Year of Birth: 1962

City and State of Defendant's Residence:
Altheimer, Arkansas 72004

09/28/2018
Date of Imposition of Judgment

_Signature of Judge_

BILLY ROY WILSON, United States District Judge
Name and Title of Judge

Sept 29, 2018
Date

DEFENDANT: MICHAEL DANNY BRITTEN
CASE NUMBER: 4:06CR00240-01 BRW

## ADDITIONAL VIOLATIONS

| Violation Number | Nature of Violation | Violation Concluded |
|---|---|---|
| | possess, use, distribute, or administer any controlled substance or any paraphernalia related to any controlled substance, except as prescribed by a physician. | 09/21/2018 |
| Mandatory | Failure to not unlawfully possess a controlled substance. Failure to refrain from any unlawful use of a control substance. Failure to submit to one drug test within 15 days of release from imprisonment and at least two periodic drug thereafter, as determined by the court. | 09/21/2018 |
| Special (2) | Failure to participate, under the guidance and supervision of the U.S. Probation Office, in a substance abuse treatment program which may include drug and alcohol testing, outpatient counseling, and residential treatment. Failure to abstain from the use of alcohol during supervision. Failure to pay for the cost of treatment based on ability to pay as determined by the probation office. | 08/20/2018 |
| Standard (5) | Failure to work regularly at a lawful occupation, unless excused by the probation officer for schooling, training, or other acceptable reasons. | 08/31/2018 |

DEFENDANT: MICHAEL DANNY BRITTEN
CASE NUMBER: 4:06CR00240-01 BRW

## IMPRISONMENT

The defendant is hereby committed to the custody of the Federal Bureau of Prisons to be imprisoned for a total term of:

14 months.

☑ The court makes the following recommendations to the Bureau of Prisons:

**The Court recommends the defendant participate in residential substance abuse treatment during incarceration.**

☐ The defendant is remanded to the custody of the United States Marshal.

☐ The defendant shall surrender to the United States Marshal for this district:

　☐ at _____ ☐ a.m. ☐ p.m. on _____ .

　☐ as notified by the United States Marshal.

☑ The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:

　☑ before 2 p.m. on  10/15/2018  .

　☐ as notified by the United States Marshal.

　☐ as notified by the Probation or Pretrial Services Office.

## RETURN

I have executed this judgment as follows:




Defendant delivered on _____ to _____

at _____ with a certified copy of this judgment.


_____
UNITED STATES MARSHAL

By _____
　　DEPUTY UNITED STATES MARSHAL

DEFENDANT: MICHAEL DANNY BRITTEN
CASE NUMBER: 4:06CR00240-01 BRW

## SUPERVISED RELEASE

Upon release from imprisonment, you will be on supervised release for a term of :

No supervised release to follow term of imprisonment.

## MANDATORY CONDITIONS

1. You must not commit another federal, state or local crime.
2. You must not unlawfully possess a controlled substance.
3. You must refrain from any unlawful use of a controlled substance. You must submit to one drug test within 15 days of release from imprisonment and at least two periodic drug tests thereafter, as determined by the court.
    - ☐ The above drug testing condition is suspended, based on the court's determination that you pose a low risk of future substance abuse. *(check if applicable)*
4. ☐ You must make restitution in accordance with 18 U.S.C. §§ 3663 and 3663A or any other statute authorizing a sentence of restitution. *(check if applicable)*
5. ☐ You must cooperate in the collection of DNA as directed by the probation officer. *(check if applicable)*
6. ☐ You must comply with the requirements of the Sex Offender Registration and Notification Act (34 U.S.C. § 20901, *et seq.*) as directed by the probation officer, the Bureau of Prisons, or any state sex offender registration agency in the location where you reside, work, are a student, or were convicted of a qualifying offense. *(check if applicable)*
7. ☐ You must participate in an approved program for domestic violence. *(check if applicable)*

You must comply with the standard conditions that have been adopted by this court as well as with any other conditions on the attached page.